UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-21158-CIV-SEITZ/SIMONTON

LUC JEAN,

    Plaintiff,

v.

ABANTO FOOD CORP.,

    Defendant.
_____/

### ORDER SETTING TELEPHONIC FAIRNESS HEARING

This matter is before the Court pursuant to an order of reference entered by the Honorable Patricia A. Seitz, United States District Judge, for a fairness hearing to be conducted by the undersigned Magistrate Judge (DE # 9). Having been advised that the parties have reached a settlement, it is

**ORDERED AND ADJUDGED** that a telephonic fairness hearing pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982) is set before the undersigned on **Thursday, May 19, 2011 at 4:00 p.m.** Counsel for Plaintiff shall initiate the conference call to the chambers of the undersigned (305-523-5930) with counsel for Defendant on the line. If either party has a conflict regarding the date or time of the hearing, that party shall coordinate with the other party to find proposed alternative available dates for the hearing. This can be accomplished via a conference call to the chambers of the undersigned Magistrate Judge. If the parties cannot agree, the party seeking to change the date shall file a motion with the Court.

The parties shall submit to the undersigned by email (simonton@flsd.uscourts.gov) or facsimile (305-523-5939) a copy of the parties' settlement agreement on or before **Wednesday, May 18, 2011 at 12:00 p.m.** The

parties shall be prepared to discuss the terms of the settlement agreement and the reasonableness of plaintiff's counsel's fees.

**DONE AND ORDERED** in chambers at Miami, Florida this 17th day of May, 2011.

_____
**ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE**

Copies provided to:
The Honorable Patricia A. Seitz,
    United States District Judge
All counsel of record