UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 11-21158-CIV-SEITZ/SIMONTON

LUC JEAN,

      Plaintiff,

v.

ABANTO FOOD CORP.,

      Defendant.
_____/

## ORDER APPROVING SETTLEMENT AGREEMENT

This matter came before the Court upon Plaintiff's Notice of Settlement (DE # 8). The Honorable Patricia A. Seitz referred this case to the undersigned Magistrate Judge to conduct a fairness hearing regarding the parties' settlement (DE # 9). On May 19, 2011, the Court held a telephonic fairness hearing to confirm the terms of the Settlement Agreement and to determine whether the settlement reached by the parties was fair and reasonable (DE # 11).

The Court has considered the terms of the Settlement Agreement and the pertinent portions of the record, and is otherwise fully advised in the premises. This case involves claims for overtime and minimum wage compensation under the Fair Labor Standards Act, 29 U.S.C. §§ 201 to 219 ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.* The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id.* at 1354.

The total amount of the settlement is $6,000.00, which provides compensation to Plaintiff of $3,085.00, and attorney's fees and costs in the total amount of $2,915.00. Based upon the contested nature of the claims in the Complaint, and the total number of hours spent by counsel, the undersigned finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute under *Lynn's Food Stores*, and the fees charged by counsel are within the range of reasonable rates for this type of case. Plaintiff expects to file a Stipulated Motion and Order of Dismissal within ten days of this Order. It is, therefore,

**ORDERED AND ADJUDGED** that the parties' Settlement Agreement is hereby **APPROVED** as fair and reasonable.

**DONE AND ORDERED** in chambers in Miami, Florida, on May 20, 2011.

*Andrea M. Simonton*
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
The Honorable Patricia A. Seitz,
    U.S. District Judge
All counsel of record via CM/ECF